UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 3, 2018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| EMMANUEL COLE, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1951 |
| Defendant. | : | (Conspiracy to Interference with |
| | : | Interstate Commerce by Robbery) |
| | : | 18 U.S.C. § 924(c)(1)(A)(ii) |
| | : | (Using, Carrying, Brandishing, and |
| | : | Possessing a Firearm During a Crime of |
| | : | Violence) |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting) |
| | : | 22 D.C. Code § 2801 and § 4502 |
| | : | (Conspiracy to Commit Armed Robbery) |
| | : | 22 D.C. Code § 2001 and § 4502 |
| | : | (Conspiracy to Kidnap While Armed) |
| | : | 22 D.C. Code § 402 |
| | : | (Conspiracy to Assault with a Dangerous |
| | : | Weapon) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); |
| | : | and 28 U.S.C. § 2461 |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about September 1, 2018, in the District of Columbia, **EMMANUEL COLE**, and co-conspirators not indicted herein who are unknown to the grand jury, did knowingly and willfully combine, conspire, confederate, and agree together to commit certain offenses against the United States, to wit, to knowingly and unlawfully obstruct, delay and affect, and attempt to

obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that defendant **EMMANUEL COLE** and his co-conspirators did unlawfully conspire to attempt to take and obtain property consisting of pharmaceutical products belonging to CVS Pharmacy, located at 6514 Georgia Avenue, N.W., Washington, D.C., from the presence of employees, against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of CVS Pharmacy, a business that was engaged in and that affects interstate commerce.

>  (**Conspiracy Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951)

## COUNT TWO

On or about September 1, 2018, within the District of Columbia, **EMMANUEL COLE**, did unlawfully and knowingly use, carry, and brandish, during and in relation to, and possess in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is, Glock 36, .45 caliber semi-automatic pistol.

>  (**Using, Carrying, Brandishing, and Possessing a Firearm During a Crime of Violence and Aiding and Abetting**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) and 2)

## COUNT THREE

On or about September 1, 2018, within the District of Columbia, **EMMANUEL COLE**, and co-conspirators not indicted herein who are unknown to the grand jury, did knowingly and willfully combine, conspire, confederate, and agree together while armed with a firearm, by force and violence, against resistance and by putting in fear, stole and took from the person and from

the immediate actual possession of Mina Hanna, property of value belonging to CVS Pharmacy consisting of pharmaceutical products.

    **(Conspiracy to Commit Armed Robbery**, in violation of Title 22, District of Columbia Code, Sections 2801 and 4502 (2001 ed.))

## COUNT FOUR

On or about September 1, 2018, within the District of Columbia, **EMMANUEL COLE**, and co-conspirators not indicted herein who are unknown to the grand jury, did knowingly and willfully combine, conspire, confederate, and agree together while armed with a firearm, seized, confined, kidnapped, abducted, and carried away Brenda Palma, with intent to hold and detain Brenda Palma, while robbing the CVS Pharmacy of pharmaceutical products outlined in Count One of this Indictment.

    **(Conspiracy to Kidnap While Armed**, in violation of Title 22, District of Columbia Code, Sections 2001, 4502 (2001 ed.))

## COUNT FIVE

On or about September 1, 2018, in the District of Columbia, **EMMANUEL COLE** and co-conspirators not indicted herein who are unknown to the grand jury, did knowingly and willfully combine, conspire, confederate, and agree together, assaulted Brenda Palma with a dangerous weapon, that is, a Glock 36, .45 caliber semi-automatic pistol.

    **(Conspiracy to Assault with a Dangerous Weapon**, in violation of Title 22, District of Columbia Code, Section 402 (2001 ed.))

## COUNT SIX

On or about September 1, 2018, in the District of Columbia, **EMMANUEL COLE** and co-conspirators not indicted herein who are unknown to the grand jury, did knowingly and willfully combine, conspire, confederate, and agree together, assaulted Mina Hanna with a dangerous weapon, that is, a Glock 36, .45 caliber semi-automatic pistol.

(**Conspiracy to Assault with a Dangerous Weapon**, in violation of Title 22, District of Columbia Code, Section 402 (2001 ed.))

## COUNT SEVEN

On or about September 1, 2018, in the District of Columbia, **EMMANUEL COLE** and co-conspirators not indicted herein who are unknown to the grand jury, did knowingly and willfully combine, conspire, confederate, and agree together, assaulted Cameo Justbuddy with a dangerous weapon, that is, a Glock 36, .45 caliber semi-automatic pistol.

(**Conspiracy to Assault with a Dangerous Weapon**, in violation of Title 22, District of Columbia Code, Section 402 (2001 ed.))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count Two of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Glock 36, .45 caliber semi-automatic pistol and .45 caliber ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   (a)   cannot be located upon the exercise of due diligence;

   (b)   has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON

*Jesse K Liu*

Attorney of the United States in
and for the District of Columbia